AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### NEW HAMPSHIRE

FILED - USDC -NH
2025 JUL 18 ____

JOSE VELAZQUEZ
*Petitioner*

v.

Case No. _____
*(Supplied by Clerk of Court)*

WARDEN OF BERLIN A. ACKLEY
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:  JOSE LUIS VELAZQUEZ III
    (b) Other names you have used:  N/A
2.  Place of confinement:
    (a) Name of institution:  FCI Berlin,
    (b) Address:  P.O. BOX 9000, Berlin, NH 03570

    (c) Your identification number:  #72936-067
3.  Are you currently being held on orders by:
    ☒ Federal authorities     ☐ State authorities     ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you:  Middle District of PA, Scranton, PA

        (b) Docket number of criminal case:  3:15-CR-00214
        (c) Date of sentencing:  Nov., 15, 2017
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention
❏ Immigration detention
☒ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
❏ Other *(explain)*: _____

6.    Provide more information about the decision or action you are challenging:
      (a) Name and location of the agency or court:   Federal Court, Writ of Habeas Corpus Ad Pro Sequendum
      _____
      (b) Docket number, case number, or opinion number:        3:15-CR-00214
      (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
      Failure to Honor Writ of Habeas Corpus Ad Pro Sequendum
      _____
      _____
      (d) Date of the decision or action:   Jan. 2016

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**
      Did you appeal the decision, file a grievance, or seek an administrative remedy?
      ☒ Yes                    ❏ No
      (a) If "Yes," provide:
          (1) Name of the authority, agency, or court:  FBOP
          _____
          (2) Date of filing:  4/23/2025
          (3) Docket number, case number, or opinion number: _____
          (4) Result: _____
          (5) Date of result: _____
          (6) Issues raised:   Failure to Honor Writ of habeas Corpus Ad Pro Sequendum
          _____
          _____
          _____
          _____
          _____

      (b) If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**
      After the first appeal, did you file a second appeal to a higher authority, agency, or court?
      ❏ Yes                ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

_____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes          ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

_____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes          ☒ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I was initially arrested and held by Penn. State Parole BEFORE being indicted by Federal Government.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was arrested on or about 10/29/2015 for absconding from state by local police and PA state parole committed me to Lackawanna County Prison FVC! I was then subsequently arrested in custody by FBI and indicted on Federal Charges 11/3/15, and transferred to Federal Custody to answer for Federal Charges pursuant to Writ of Habeas Corpus Ad Pro Sequendum's Issuance.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** State Parole gave me my violation! Based on the information mentioned above.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was sentenced to six months in-house for the technical rule violation which was completed on 04/28/2016.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND THREE:** I was then sentenced for a Direct Violation of Parole based on new criminal charges After Change of Plea Hearing 11/09/2016 The State Parole had me sign an acknowledgement of of charges for the Direct Violation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The above mentioned actions by the State Authority shows the definitive sovereignty of the the original arresting agency to be the one whom had and retained jurisdiction.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    Petitioner was sentenced and remanded to the custody of the Federal Marshalls in order to serve the federal term of imprisonment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner was sentenced 11/15/17. Petitioner was never returned to State Custody to face the Parole Board but was instead sent directly to the BOP in violation of the Writ of Habeas Corpus Ad Prosequndum on or about 12/18/2017 to serve the term of imprisonment imposed.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes             ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:                                    N/A

## Request for Relief

15.  State exactly what you want the court to do:    Petitioner would humbly ask this Honorable Court to issue an Order to the BOP Honor the letter and terms of the Writ of Ad Prosequndum contract, by returning Petitioner to Pennsylvania State Parole in order that Petitioner may resolve any violation with that jurisdiction and then return Petitioner to the custody of the BOP sans the existing detainer.

## Ground Five: Section 12 continuation-

GROUND FIVE: The State of Pennsylvania lodged a detainer, that is now effecting the custody of Petitioner.

(a) Supporting facts:
Petitioner was Notified by FCI McKean Unit Team that a Detainer had been lodged from Penn. State Parole for Direct Violation via conducted referenced in Ground 3.

(b) Did you present Ground Five in all appeals that were available to you?
|X| Yes

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

June 18th, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    6|17|2025

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_